FILED

12 JUN -6 PM 12: 12

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

　　　　　　　　　　　　　DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 11CR0458-BEN |
| Plaintiff, | |
| v. | JUDGMENT AND ORDER OF DISMISSAL OF INFORMATION, |
| DEBORAH REBECCA SIPAQUE, | EXONERATE THE BOND, AND PASSPORT BE RELEASED |
| Defendant. | BY PRETRIAL IF HELD |

Upon oral motion of the UNITED STATES OF AMERICA on January 31, 2012 and good cause appearing,

IT IS HEREBY ORDERED that the information in the above entitled case be dismissed with prejudice, the bond be exonerated, and passport released by Pretrial if held.

IT IS SO ORDERED.

DATED: 6-6-12.

HONORABLE CATHY ANN BENCIVENGO
United States District Judge